**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

ELIEZER CASPER,

    Plaintiff,                                                      CASE NO.

v.

CENTRAL FINANCIAL CONTROL,

    Defendant.

_____/

## **PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, ELIEZER CASPER ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, CENTRAL FINANCIAL CONTROL, ("Defendant"), alleges and affirmatively states as follows:

## **INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## **JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the State of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Palm Beach, Palm Beach County, Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a national company with a business office in Anaheim, California.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

8. Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

10. On March 18, 2011, Plaintiff sent to Defendant, via USPS Certified Mail, a "cease & desist" letter, which disputed the amount owed and/or the nature of the debt, and demanded that all future collections contact be by mail. (Exhibit "A" hereto).

11. The letter was confirmed by the USPS as received by Defendant, at its Anaheim, California offices, on March 22, 2011. (Exhibit "B" hereto).

12. Despite Plaintiff's explicit request that telephone calls are to cease, Defendant continued to call Plaintiff, including a call on March 31, 2011, from 800-300-7192.

13. Soon thereafter, Plaintiff received a letter form Defendant, dated April 1, 2011, confirming that Plaintiff's March 18, 2011 letter was in fact received. (Exhibit "C" hereto).

14. Despite Plaintiff's written requests that calls are to cease, Plaintiff continued to receive collections calls from Defendant.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

15. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

a) Defendant violated §1692c(c) of the FDCPA by failing to cease communication with a consumer, except to advise the consumer that the debt collector's further efforts are being terminated, after the consumer has notified the debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communications with the consumer; notification being made by mail, such notification to be deemed complete upon receipt;

b) Defendant violated §1692d of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff; and

c) Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

16. Statutory damages of $1,000.00 pursuant to the FDCPA, 15 U.S.C. 1692k;

17. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k; and

18. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: /s/James D. Pacitti
James D. Pacitti
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400 ext. 230
Fax: (866) 802-0021
Attorney for Plaintiff
FBN: 119768

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, ELIEZER CASPER, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)
COUNTY OF PALM)

Plaintiff, ELIEZER CASPER, says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ELIEZER CASPER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 5/17/2011

_____
ELIEZER CASPER
Plaintiff