UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

ELIEZER CASPER,

    Plaintiff,

v.                                    CASE NO. 9:11-cv-80648-KLR

SYNDICATED OFFICE SYSTEMS, INC.
d/b/a CENTRAL FINANCIAL CONTROL,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, ELIEZER CASPER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi
    Shireen Hormozdi
    Krohn & Moss, Ltd
    10474 Santa Monica Blvd., Suite 401
    Los Angeles, CA 90025
    Phone: (323) 988-2400 ext. 267
    Fax:   (866) 802-0021
    Attorney for Plaintiff
    FBN: 0882461

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff
