UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80648-CIV-RYSKAMP/HOPKINS

ELIEZER CASPER,

      Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, INC.
d/b/a CENTRAL FINANCIAL CONTROL,

      Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court pursuant to the parties' Rule 41(a)(1)(ii)

stipulation of dismissal with prejudice, filed December 11, 2012 **[DE 27]**.  It is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITH

PREJUDICE with each party to bear its own fees and costs.  The Clerk of Court shall CLOSE

this case and DENY any pending motions as MOOT.  This matter is REMOVED from the

January 2, 2013 trial calendar.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 12th day of

December, 2012.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE